THE STATE EX REL. VANCE, APPELLEE, *v.* ROCKWELL
INTERNATIONAL ET AL., APPELLANTS.

[Cite as *State ex rel. Vance v. Rockwell Internatl.*
(1999), 86 Ohio St.3d 393.]

(No. 98–2210—Submitted June 22, 1999—Decided September 8, 1999.)

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson,* for appellee.

*Porter, Wright, Morris & Arthur* and *Christopher C. Russell,* for appellant Rockwell International.

*Betty D. Montgomery,* Attorney General, and *Cecille Caluya Harris,* Assistant Attorney General, for appellant Industrial Commission.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.